**ELY EDWARDS
ENTERPRISES, INC.**

**VERSUS**

**NEW ORLEANS
REDEVELOPMENT
AUTHORITY,
PONTCHARTRAIN PARK
CDC REAL ESTATE
HOLDINGS, LLC, AND
PONTCHARTRAIN PARK
COMMUNITY
DEVELOPMENT
CORPORATION**

*      **NO. 2021-CA-0685**

*      **COURT OF APPEAL**

*      **FOURTH CIRCUIT**

*      **STATE OF LOUISIANA**

*

*

* * * * * * *

TG     **CHASE, J., CONCURS IN PART AND DISSENTS IN PART FOR THE REASONS ASSIGNED BY JUDGE LOBRANO**